UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MILTON PURVIS

VERSUS

TEVA PHARMACEUTICALS
USA, INC, ET AL

CIVIL ACTION

NO. 10-807-BAJ-SCR

## RULING AND ORDER

Upon consideration of the foregoing consent motion (doc. 15) by defendant, Generics Bidco I, LLC, d/b/a Qualitest Pharmaceuticals, the accompanying memorandum in support and exhibits attached thereto:

The motion is **GRANTED**; and

**IT IS HEREBY ORDERED** that the above captioned matter is stayed and **ADMINISTRATIVELY CLOSED** pending *certiorari* review by the United States Supreme Court in the matters of *Demahy v. Actavis, Inc.*, 593 F.3d 428 (5th Cir. 2010) *cert. granted*, No. 09-1051, and *Mensing v. Wyeth*, 588 F.3d 603 (8th Cir. 2009), *cert. granted,* Nos. 09-993 and 09-1039.

**IT IS FURTHER ORDERED** that any party may file a motion to reopen the case within 30 days of the Supreme Court's decision in *Demahy* and *Mensing*.

Baton Rouge, Louisiana, January 18, 2011.

_____
BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA